**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: WELLS FARGO MORTGAGE
LENDING PRACTICES LITIGATION

Master File No. MDL 08-1930 MMC

**CLERK'S NOTICE**

_____

This Document Relates To: Case Nos. C-07-
3880 (Jeffries), C-07-4309 (Ventura), C-08-0492
(Brown), C-08-2154 (Rodriguez), C-08-2253
(Williams)

_____/

     **YOU ARE NOTIFIED** that the Court has scheduled an Initial Case Management
Conference for Friday, May 9, 2008 at 10:30 a.m. before the Honorable Maxine M. Chesney.

The parties are advised that a joint case management conference statement is due on or before
Friday, May 2, 2008.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
San Francisco, CA 94102.

                           **FOR THE COURT,**

                           Richard W. Wieking, Clerk

Dated: May 2, 2008

                           *Tracy Lucero*

                           Tracy Lucero, Deputy Clerk