Timothy P. Dillon (CSB No. 123953)
LAW OFFICES OF
TIMOTHY P. DILLON
361 Forest Avenue, Suite 205
Laguna Beach, California  92651
(949) 376-2800
(949) 376-2808  Facsimile
timothy@dillonlaw.net

Attorneys for Plaintiffs
Juan Rodriguez and Josefina Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO LENDING PRACTICES LITIGATION | MDL No.  08-1930 MMC |
| This Document Relates To:  Rodriguez C-08-2154 | **NOTICE BY PLAINTIFFS IN RODRIGUEZ ACTION OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Honorable Maxine M. Chesney |

1 | Please take notice that Plaintiffs Juan Rodriguez and Josefina Rodriguez
2 | hereby withdraw their Motion to Dismiss, originally filed on or about March 19,
3 | 2008, in the United States District Court, Central District of California, Case No.
4 | CV 07-6780.  This case was transferred to this District and MDL Docket in
5 | accordance with the Transfer Order dated April 10, 2008.

Respectfully submitted,

LAW OFFICES OF TIMOTHY P. DILLON

Dated:  May 12, 2008        By:   /s Timothy P. Dillon
                                  Timothy P. Dillon
                                  Attorneys for Plaintiffs Juan Rodriguez and
                                  Josefina Rodriguez

1

## CERTIFICATE OF SERVICE

I, Timothy P. Dillon, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 12, 2008.

            /s Timothy P. Dillon
            Timothy P. Dillon