1  BONNETT, FAIRBOURN, FRIEDMAN
2  & BALINT, P.C.
   Andrew S. Friedman (admitted *pro hac vice*)
3  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
4  Phoenix, Arizona 85012
5  (602) 274-1100

6  KLEIN KAVANAGH COSTELLO, LLP
   Gary Klein
7  Shennan Kavanagh
8  85 Merrimac St., 4th Floor
   Boston, MA 02114
9  (617) 357-5500

10 *Interim Co-Lead Class Counsel*

11
                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA

13 In re: WELLS FARGO MORTGAGE         )
14 LENDING PRACTICES LITIGATION        ) M:08-CV-01930-MMC (JL)
                                       )
15 ─────────────────────────────       ) **P̶R̶O̶P̶O̶S̶E̶D̶ ORDER VACATING**
16 This document relates to            ) **CASE MANAGEMENT**
                                       ) **CONFERENCE AND DISMISSING**
17 ALL ACTIONS                         ) **CASE WITH PREJUDICE**
                                       )
18                                     )
                                       )
19                                     )
20                                     )
                                       )
21                                     )
22 ─────────────────────────────       )

23
24
25
26
27
28

1 | Pursuant to the parties' Stipulation to Dismiss Case With Prejudice and Vacate Case
2 | Management Conference and good cause appearing,
3 |     IT IS HEREBY ORDERED that the Case Management Conference currently
4 | scheduled for March 23, 2012 at 10:30 a.m. is vacated.
5 |     IT IS FURTHER ORDERED that this case is dismissed with prejudice.

DATED: March 20, 2012

_____
Hon. Maxine M. Chesney
United States District Court Judge